UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. _____

THOMAS D. PLEIS, III,        )
                             )
    Plaintiff,           )
                             )
vs.                          )
                             )
SECURAMERICA, LLC,           )
                             )
    Defendant.           )
_____/

## NOTICE OF REMOVAL

Defendant SECURAMERICA, LLC ("Defendant"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the County Court of the 9th Judicial Circuit in and for Orange County, Florida, where the action is now pending, to the United States District Court for the Middle District of Florida. The removal of this action is based upon the following:

    1.    On or about February 25, 2019, Plaintiff THOMAS D. PLEIS, III ("Plaintiff") filed a civil action in the County Court of the 9th Judicial Circuit in and for Orange County, Florida, entitled *Thomas D. Pleis, III v. SecurAmerica, LLC,* Case No. 19-CC-2959-O (hereinafter referred to as the "State Court Action").

    2.    Plaintiff's Complaint contains the following causes of action against Defendant: (1) failure to pay overtime compensation in violation of the Fair Labor Standards Act ("FLSA") (Count I); (2) breach of contract for unpaid wages (Count II); and (3) unjust enrichment (Count III).

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted a claim under the FLSA. This Court has supplemental jurisdiction over Plaintiff's breach of contract and unjust enrichment claims pursuant to 28 U.S.C. §1367(a).

4. A copy of the Complaint and Summons in the State Court Action was served upon Defendant on March 7, 2019. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§1331, 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Orlando Division. *See* 28 U.S.C. § 1441(a). The Middle District, Orlando Division is the appropriate venue because Plaintiff alleges that the actions at issue took place in Orange County, Florida and specifically, in Orlando, Florida.

7. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the County Court of the 9th Judicial Circuit, in and for Orange County, Florida. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

DATED this 27th day of March 2019.

>Respectfully submitted,
>
>LITTLER MENDELSON, P.C.
>Wells Fargo Center
>333 S.E. 2nd Avenue, Suite 2700
>Miami, Florida  33131
>Tel:  (305) 400-7500
>Fax: (305) 603-2552
>
>By**:** */s/ Aaron Reed*
>　　　Aaron Reed
>　　　Florida Bar No. 0557153
>　　　E-mail: *areed@littler.com*
>
>*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of March 2019, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

>　　　*/s/ Aaron Reed*
>　　　Aaron Reed

## SERVICE LIST

**Counsel for Plaintiff**
N. Ryan Labar
E-mail: *rlabar@labaradams.com*
Scott C. Adams
E-mail: *sadams@labaradams.com*
LABAR & ADAMS, P.A.
2300 East Concord Street
Orlando, Florida 32803
Tel:  (407) 835-8968
Fax: (407) 835-8969
***Served via CM/ECF and E-mail***

FIRMWIDE:163056753.1 068090.1113